PATIENCE E. HUNN, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Agued June 10, 1878; decided June 18, 1878.)

*A. P. Laning* for appellant.

*Wm. C. Watson* for respondent.

Agree to affirm on opinion below.
All concur, except RAPALLO, J., absent.
Judgment affirmed.

---

IN THE MATTER OF THE PETITION OF THE RECTOR, ETC., OF ST. MARK'S CHURCH TO VACATE AN ASSESSMENT.

(Argued June 11, 1878; decided June 18, 1878.)

REPORTED below, 11 Hun, 381.

*William P. Chambers* for appellant.

*J. A. Beall* for respondent.

Agree to affirm on opinion below.
All concur, except RAPALLO, J., absent.
Judgment affirmed.